1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN E. JAMES, III,                          1:04-cv-05822-AWI-DLB-P

12                      Plaintiff,         **ORDER ADOPTING FINDINGS AND**
    vs.                                    **RECOMMENDATIONS** (Doc. 15)

13
    DONALD POMPAN, M.D., et al.,           **ORDER DISMISSING CERTAIN**
14                                         **DEFENDANTS**

                    Defendants.
15                                         **ORDER TRANSFERRING ACTION TO**
                                           **NORTHERN DISTRICT OF**
16  _____/      **CALIFORNIA**

17

18          Plaintiff, John E. James, III ("plaintiff"), is a state prisoner proceeding pro se and in

19  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred

20  to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21          On February 17, 2005, the Magistrate Judge filed a Finding and Recommendations herein

22  which were served on the parties and which contained notice to the parties that any objections to

23  the Finding and Recommendations were to be filed within thirty (30) days.  On March 22, 2005,

24  plaintiff filed objections to the Magistrate Judge's Finding and Recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

26  this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

27  the Court finds the Finding and Recommendations to be supported by the record and by proper

28  analysis.  As shown by the Magistrate Judge, mere disagreement with diagnosis or treatment does

                                                1

1   not support a claim of deliberate indifference.  Sanchez v. Vild, 891 F.2d 240, 242 (9th Cir.

2   1989).

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.     The Finding and Recommendations, filed February 17, 2005, are ADOPTED IN

5   FULL;

6       2.     Defendant Dr. Nuebarth of Pleasant Valley State Prison is DISMISSED from this

7   action;

8       3.     Defendant Dr. Klarich of Corcoran State Prison is DISMISSED from this action;

9       4.     This case SHALL PROCEED against the remaining Salinas Valley State Prison

10   (SVSP) defendants; and,

11       5.     This action is TRANSFERRED to the Northern District of California, the judicial

12   district in which SVSP is located.

13   IT IS SO ORDERED.

14   **Dated:     April 20, 2005**            **/s/ Anthony W. Ishii**
     0m8i78                           UNITED STATES DISTRICT JUDGE